AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

COURTALERT.COM, INC.,
            Plaintiff(s),
V.
AMERICAN LEGALNET, INC., ET AL
            Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __1:20-cv-07739-VSB__

Notice is hereby given that, subject to approval by the court, __Plaintiff__ (Party(s) Name) substitutes __Jason Cyrulnik__ (Name of New Attorney), State Bar No. __4332284__ as counsel of record in place of __Joseph M. Delich__ (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name:    Cyrulnik Fattaruso LLP
    Address:    55 Broadway, Third Floor, New York, NY 10006
    Telephone:    (917) 353-3005    Facsimile _____
    E-Mail (Optional):    jcyrulnik@cf-llp.com

I consent to the above substitution.
Date: 4/2/2021

Yaniv Schiller
Digitally signed by Yaniv Schiller
Date: 2021.04.02 17:24:08 -04'00'
(Signature of Party(s))

I consent to being substituted.
Date: 4/7/2021

*Joseph M. Delich*
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 4/7/2021

*Jason Cyrulnik*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]