

Robert H. Bernstein
Tel 973.360.7946
Fax 973.295.1362
bernsteinrob@gtlaw.com

August 2, 2021

**VIA ECF FILING**

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   CourtAlert.com, Inc. v. American LegalNet, Inc. ,et al.
      Case No.: 1:20-cv-07739-VSB

Judge Broderick:

This firm represents Defendants American LegalNet, Inc., Erez Bustan, and Robert Loeb ("Defendants") in the above-referenced matter.  I am writing on behalf of Defendants to request that Your Honor refer this matter to a Magistrate Judge for a mandatory settlement conference.

Defendants' Motion to Dismiss the Complaint [Dkt. #15] and Plaintiff CourtAlert.com, Inc.'s and Third-Party Defendant Yaniv Schiller's Motion to Dismiss the Counterclaim and Third-Party Complaint [Dkt. #28] remain pending.  The parties have engaged in limited informal discussions aimed at resolving the matter, but Defendants believe that a settlement conference will greatly assist in facilitating a resolution.

Accordingly, Defendants respectfully request that the Court order the parties to appear for and participate in a settlement conference with a Magistrate Judge.

Respectfully submitted,

/s/ Robert H. Bernstein
Robert H. Bernstein (*pro hac vice*)
Ryan P. O'Connor
GREENBERG TRAURIG, LLP
*Attorneys for Defendants American LegalNet, Inc., Erez Bustan, and Robert Loeb*

cc:   Jason C. Cyrulnik *(via ECF)*

ACTIVE 57963100v1