# GT GreenbergTraurig

Theodore J. McEvoy
Tel 973.360.7900
Fax 973.301.8410
mcevoyt@gtlaw.com

August 4, 2022

**VIA ECF**

Hon. Valerie Figueredo, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *CourtAlert.com, Inc. v. American LegalNet, Inc.,*
No. 1:20-cv-7739-VSB

Dear Judge Figueredo:

This firm represents Defendants in connection with the above-referenced matter. We are writing jointly with Plaintiff's counsel to provide a brief case status report.

By letter dated January 13, 2022, the parties submitted a report to the Honorable Debra Freeman, U.S.M.J., regarding the status of their settlement discussions. The parties also advised that they would contact the Court if they concluded that a further settlement conference with the Court is likely to be productive. The parties do not believe that such a conference would be productive at this time.

The parties' respective motions to dismiss the claims, counterclaims and third-party claims in this action were fully briefed as of December 16, 2020 and February 16, 2021, and those motions remain pending.

We thank the Court for its continued courtesy and attention to this matter.

Respectfully submitted,

Theodore J. McEvoy

cc: Counsel of record

Greenberg Traurig, LLP | Attorneys at Law
500 Campus Drive | Suite 400 | Florham Park, New Jersey 07932 | T +1 973.360.7900 | F +1 973.301.8410
www.gtlaw.com