

55 BROADWAY, THIRD FLOOR, NEW YORK, NY 10006

September 30, 2022

**VIA ECF**

Hon. Valerie Figueredo, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re: *CourtAlert.com, Inc. v. American LegalNet, Inc.*, No. 1:20-cv-7739-VSB

Dear Judge Figueredo:

    We represent Plaintiff CourtAlert.com and Third-Party Defendant Yaniv Schiller in the above-referenced matter, and we write jointly with Defendants' counsel to provide an update on the status of any settlement discussions pursuant to Your Honor's order dated August 8, 2022 (Dkt. 49). The parties' settlement discussions have not made meaningful progress since the parties' update on January 13, 2022, and the parties do not believe further settlement discussions are likely to be productive at this time.

    The parties' respective motions to dismiss (fully briefed as of December 16, 2021 and February 16, 2021) remain pending.

    We thank the Court for its continued courtesy and attention to this matter.

    Respectfully submitted,

    /s/ Jason Cyrulnik
    Jason Cyrulnik

cc:    Counsel of Record, via ECF