UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

COURTALERT.COM, INC.,

                          Plaintiff,                           20-CV-07739 (VSB)

         -against-                           **ORDER RESCHEDULING**
                                                      **SETTLEMENT CONFERENCE**

AMERICAN LEGALNET, INC. ET AL.,

                         Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        The settlement conference in this matter is scheduled for Wednesday, February 28, 2024, is **adjourned to February 27, 2024, at 2:00 p.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **Tuesday, February 20, 2024**.

        The Clerk of Court is respectfully directed to terminate the motion at ECF No. 73.

        **SO ORDERED.**

DATED:    New York, New York
                 January 11, 2024

                                                     _____
                                                       VALERIE FIGUEREDO
                                                       United States Magistrate Judge