UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

COURTALERT.COM, INC.,

                     Plaintiff,                      20-CV-07739 (VSB)

         -against-                         **ORDER**

AMERICAN LEGALNET, INC. ET AL.,

                     Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A conference to address the issues raised in ECF No. 78 is hereby scheduled for **Wednesday, June 12, 2024 at 3:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

      Plaintiff is directed to submit a response to Defendants' letter at ECF No. 78 no later than three days before the scheduled conference.

      SO ORDERED.

DATED:    New York, New York
              May 28, 2024

                                                                                                VALERIE FIGUEREDO
                                                                             United States Magistrate Judge