UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

COURTALERT.COM, INC.,

                        Plaintiff,                        20-CV-07739 (VSB)

        -against-                      **ORDER RESCHEDULING**
                                                                              **CONFERENCE**

AMERICAN LEGALNET, INC. ET AL.,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The discovery conference to address the issues raised in ECF No. 78 originally scheduled for Wednesday, June 12, 2024, is hereby **rescheduled for Tuesday, June 18, 2024, at 2:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].** Plaintiff is directed to submit a response to Defendants' letter at ECF No. 78 no later than three days before the scheduled conference.

       The Clerk of Court is respectfully directed to terminate the motion at ECF No. 83.

       **SO ORDERED.**

DATED:      New York, New York
                   June 7, 2024

                                                                               _____
                                                                               VALERIE FIGUEREDO
                                                                               United States Magistrate Judge