UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

COURTALERT.COM, INC.,

                       Plaintiff,                              20-CV-07739 (VSB)

         -against-                              **ORDER RESCHEDULING**
                                                                 **CONFERENCE**

AMERICAN LEGALNET, INC. ET AL.,

                       Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The discovery conference to address the issues raised in ECF No. 78 originally scheduled for today, Tuesday, June 18, 2024, is hereby **rescheduled for Monday, July 1, 2024, at 11:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

       SO ORDERED.

DATED:     New York, New York
                 June 18, 2024

                                                             VALERIE FIGUEREDO
                                                             United States Magistrate Judge