

**Efrem Schwalb**
eschwalb@koffskyschwalb.com

500 Seventh Avenue, 8th Floor
New York, New York 10018
T: 646.553.1590
F: 646.553.1591
www.koffskyschwalb.com

June 28, 2024

**VIA ECF**

Hon. Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

> Re: *Courtalert.Com, Inc v. American Legalnet, Inc., et al.*
> No. 1:20-cv 07739 (VSB)(VF)

Dear Judge Figueredo:

The Court recently rescheduled the discovery conference in this action to July 10 (Dkt. No. 91). I am away that entire week, and so request that the conference be rescheduled. I am available for any of the following times:

Week of July 1st
July 15 – afternoon
July 24 or 26 – all day
July 30, 31, August 1– all day
August 2– morning

Respectfully Submitted,

Efrem Schwalb

cc: All counsel (ECF)

---

**MEMO ENDORSED**

_____
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
              DATED:   July 2, 2024

The Conference scheduled for July 10, 2024 is adjourned. The Parties are directed to meet and confer and propose additional dates for rescheduling the Conference to the Court by July 10, 2024. The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 93.