UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

COURTALERT.COM, INC.,

                      Plaintiff,                                    20-CV-07739 (VSB) (VF)

                -against-                                      **ORDER**

AMERICAN LEGALNET, INC. ET AL.,

                      Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       Concerning Plaintiff's response to Interrogatory No. 4 (discussed at the conference on August 19, 2024), Plaintiff need not provide a supplemental response at this juncture. Plaintiff can provide a supplemental response to Interrogatory No. 4 once it has obtained document discovery from Defendants. As discussed at the conference, Defendants will provide a letter brief of no more than 5 pages to support the request for a protective order on the scope of discovery by **Monday, August 26, 2024**. Plaintiff will submit any opposition by **Tuesday, September 10, 2024**. A conference to address that dispute, as well as any other discovery dispute, is hereby scheduled for **September 18, 2024 at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808-6929; access code [9781335]. Any discovery disputes to be addressed at the conference on September 18 should be raised in a joint letter to the Court by **September 16, 2024 at 5 p.m.**

       SO ORDERED.

DATED:    New York, New York
                 August 20, 2024

                                                             _____
                                                             VALERIE FIGUEREDO
                                                             United States Magistrate Judge