**KOFFSKY SCHWALB**LLC

Tal S. Benschar
tbenschar@koffskyschwalb.com

500 Seventh Avenue, 8th Floor
New York, New York 10018
T: 646.553.1590
F: 646.553.1591
www.koffskyschwalb.com

October 31, 2024

<u>VIA ECF</u>

Hon. Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

    Re:    *Courtalert.Com, Inc v. American Legalnet, Inc., et al.*
              No. 1:20-cv 07739 (VSB)(VF)

> **MEMO ENDORSED**
>
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
>
> **Dated:** 11/1/24
>
> The relief requested herein is GRANTED. The parties are directed to file a joint letter by **November 4, 2024.**

Dear Judge Figueredo:

We represent Defendants American LegalNet, Inc. ("ALN"), Erez Bustan and Robert Loeb. A discovery conference is set for November 6, 2024, and the Court ordered the parties to submit a joint letter raising discovery disputes by November 1, 2024. (ECF Dkt. 110) We write to request that the Court extend the date for the letter to Monday, November 4, 2024. Plaintiff's counsel has indicated that they consent to this application.

The Court previously directed that the parties meet and confer on discovery disputes contained in prior letters. (ECF Dkt. 120) We held a meet and confer on Tuesday, but for a number of items, the response was that we should await Plaintiff's next document production. That only took place late today. We have not had a chance to review these documents nor complete the meet and confer.

In addition, Plaintiff served responses to new document requests and interrogatories, for which we believe there will be disputes. Plaintiff indicated its availability to meet and confer on Monday.

Accordingly, we believe this minor extension will allow us to confer on all outstanding disputes and then raise them with the Court for the November 6 conference. We accordingly request that the within application be granted.

Respectfully Submitted,

*Tal S. Benschar*

Tal S. Benschar

cc: All counsel (ECF)