**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

COURTALERT.COM, INC.,

                                  Plaintiff,                   **20-CV-07739 (VSB)**

             -against-                               **ORDER**

AMERICAN LEGALNET, INC. et al.,

                                Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A conference is hereby scheduled for **Thursday, November 14, 2024 at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

DATED:    New York, New York
               November 6, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge