**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

COURTALERT.COM, INC.,

                        Plaintiff,                   **20-CV-07739 (VSB)**

        -against-                       **ORDER**

AMERICAN LEGALNET, INC. et al.,

                        Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A conference is hereby scheduled for **Thursday, December 05, 2024 at 2:15 p.m.** to discuss the parties' outstanding discovery disputes. Counsel for the parties are directed to call Judge Figueredo's conference line at the scheduled time. **Please call (646) 453-4442; access code [843533703#].**

       **SO ORDERED.**

DATED:    New York, New York
                November 14, 2024

                                                                _____
                                                                 VALERIE FIGUEREDO
                                                                 United States Magistrate Judge