# CYRULNIK FATTARUSO LLP

55 BROADWAY, THIRD FLOOR, NEW YORK, NY 10006

December 2, 2024

**By ECF**

The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 17A
New York, NY 10007

      Re: *CourtAlert.com, Inc. v. American LegalNet Inc.*, No. 20 Civ. 07739 (VSB)

Dear Judge Figueredo:

We write on behalf of Plaintiff to request an adjournment of the telephonic discovery conference scheduled for December 5, 2024, due to Plaintiff's counsel's unavailability. This is the first request for an adjournment. Defendants have consented to this adjournment.

The parties are available on December 17 or December 23. Defendants have indicated that they prefer the appearance be rescheduled for an in-person appearance per the letter they filed (Dkt. 141). Plaintiffs believe that the parties' issues can properly be addressed by a telephonic conference consistent with the Court's prior Order (Dkt. 137) and respectfully defer to the Court's preference.

We thank the Court for its attention to this matter.

Respectfully,

*/s/ Jason Cyrulnik*

Jason Cyrulnik

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated:** 12/3/24

The request for an adjournment is GRANTED. The Court will issue a separate order rescheduling the conference. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 142.