**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

COURTALERT.COM, INC.,

                             Plaintiff,                **20-CV-07739 (VSB) (VF)**

            -against-                                 **ORDER**

AMERICAN LEGALNET, INC. et al.,

                             Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The conference scheduled for Tuesday, January 28, 2025 at 1:30 p.m. is rescheduled for **Tuesday, January 28, 2025 at 2:30 p.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York to discuss the parties' outstanding discovery disputes.

      **SO ORDERED.**

DATED:    New York, New York
               December 30, 2024

                                                                     _____
                                                                     VALERIE FIGUEREDO
                                                                     United States Magistrate Judge