**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

COURTALERT.COM, INC.,

                            Plaintiff,                    **20-CV-07739 (VSB) (VF)**

            -against-                              **ORDER**

AMERICAN LEGALNET, INC. et al.,

                            Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Defendants' motion to compel compliance by non-party Verizon Fios with a subpoena dated October 15, 2024 is granted. Verizon is hereby directed to respond to the subpoena served by **February 10, 2025**. The Clerk of Court is respectfully directed to terminate the letter motions at ECF Nos. 121, 141.

      **SO ORDERED.**

DATED:    New York, New York
               January 27, 2025

                                                              _____
                                                              VALERIE FIGUEREDO
                                                              United States Magistrate Judge