**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

COURTALERT.COM, INC.,

                        Plaintiff,                 **20-CV-07739 (VSB) (VF)**

        -against-                           **ORDER**

AMERICAN LEGALNET, INC. et al.,

                        Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       Defendants filed the documents at ECF No. 151 under seal. Parties interested in

maintaining the seal at ECF No. 151 are directed to move to seal and make a showing under

Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006) by **February 17, 2025**. If no

showing is made, the documents filed at ECF No. 151 will be unsealed.

       **SO ORDERED.**

DATED:     New York, New York
             January 27, 2025

                                        _____

                                        VALERIE FIGUEREDO
                                        United States Magistrate Judge