**KOFFSKY SCHWALB** LLC

Efrem Schwalb
eschwalb@koffskyschwalb.com

500 Seventh Avenue, 8th Floor
New York, New York 10018
T: 646.553.1590
F: 646.553.1591
www.koffskyschwalb.com

February 2, 2025

**VIA ECF**
Hon. Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

    Re:    *Courtalert.Com, Inc v. American Legalnet, Inc., et al.*
               No. 1:20-cv 07739 (VSB)(VF)

Dear Judge Figueredo:

We represent Defendants American LegalNet, Inc. ("ALN"), Erez Bustan and Robert Loeb. The Court scheduled a conference for February 6, 2025. However, the undersigned has a conflict as I have a deposition scheduled for that day.

We are available the following week on February 10, 11, 12 or 13. We emailed Plaintiff's counsel on Thursday advising them of the conflict and our availability on the alternative dates, but have received no response.

Accordingly, we request the Court adjourn the conference to one of those dates, or a date available for both counsel.

                            Respectfully Submitted,

                            *Efrem Schwalb*
                            Efrem Schwalb

cc: All counsel (ECF)

---

**MEMO ENDORSED**

/s/ Valerie Figueredo
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated:** 2/4/25

The February 6, 2025 conference is rescheduled for **Monday, March 3, 2025 at 11 a.m.** Counsel for the parties are directed to call Judge Figueredo's conference line at the scheduled time. Please dial (646) 453-4442; passcode [774 440 756#]. The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 157.