

55 BROADWAY, THIRD FLOOR, NEW YORK, NY 10006

February 11, 2025

**Via ECF**

The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 17A
New York, NY 10007

    Re: *CourtAlert.com, Inc., v. American LegalNet, Inc.*, No. 1:20-cv-7739-VSB

Dear Judge Figueredo:

Plaintiff respectfully writes to request an adjournment of the Court conference scheduled for March 3, 2025. The February 6 date was adjourned in response to Defendants' counsel's conflict, and I am scheduled to be in flight returning from the UK on March 3. We spoke with the Court, which asked us to send this letter so that the conference can be rescheduled.

As always, we thank the Court for its attention to this matter.

                                                Respectfully,

                                                */s/ Jason Cyrulnik*

                                                Jason Cyrulnik

cc: All counsel of record (by ECF)

---

**MEMO ENDORSED**

/s/ Hon. Valerie Figueredo
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: 2/13/25

The Court hereby adjourns the March 3, 2025 conference. The Conference will be rescheduled for another date by separate order.