**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

COURTALERT.COM, INC.,

                                Plaintiff,          **20-CV-07739 (VSB) (VF)**

          -against-                                  **ORDER**

AMERICAN LEGALNET, INC. et al.,

                                Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A discovery conference is hereby scheduled for **Tuesday, April 22, 2025 at 10 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

DATED:     New York, New York
               February 18, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge