**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

COURTALERT.COM, INC.,

                         Plaintiff,                  **20-CV-07739 (VSB) (VF)**

              -against-                           **<u>ORDER</u>**

AMERICAN LEGALNET, INC. et al.,

                         Defendants.
----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      As discussed at the May 22, 2025 conference, the Court hereby sets the following discovery deadlines: Defendant is directed to produce all documents that reference the document Defendants produced on May 19 (the "May 19 document"), including the cover email, by **<u>Thursday, May 29, 2025</u>**; Plaintiff is directed to produce Salesforce records relevant to the May 19 document by **<u>Friday, June 20, 2025</u>**; and Defendants are directed to produce documents responsive to Plaintiff's Request for Production No. 30, with privilege redactions, by **<u>Friday, June 27, 2025</u>**.

      With regards to the parties' briefing on the outstanding discovery disputes, the parties are to submit a joint letter summarizing all pending discovery disputes and each party's position by **<u>Friday, May 30, 2025</u>**. With regards to discovery disputes that have not previously been raised with the Court, the parties are directed to file a joint letter, summarizing any new discovery disputes and each party's position, by **<u>Friday, June 20, 2025</u>**.

As to the issue of the digital image of Loeb's laptop, the Court's understanding is that Plaintiff's expert has conducted a forensic examination and produced a report. Plaintiff is directed to provide the report to the Court and indicate whether the report has already been shared with Defendants' counsel. Plaintiff is directed to address in a letter to the Court why a designation for the digital image of the laptop of "expert's eye's only" would not adequately protect Plaintiff's interest in ensuring that non-relevant, confidential or trade secret information is not disclosed to Defendants. Defendants are directed to inform the Court whether they have retained an expert in the tristate area or an out-of-state expert to examine the forensic image of the laptop.

Finally, the Court hereby extends the deadline for the close of fact discovery to **Tuesday, September 2, 2025**. The Clerk of Court is directed to terminate the motion at ECF No. 177.

**SO ORDERED.**

DATED:     New York, New York
           May 23, 2025

                                        _____
                                        VALERIE FIGUEREDO
                                        United States Magistrate Judge