**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

COURTALERT.COM, INC.,

                            Plaintiff,                        **20-CV-07739 (VSB) (VF)**

                 -against-                                  **ORDER**

AMERICAN LEGALNET, INC. et al.,

                          Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      At the request of Plaintiff, the Court conducted an *in camera* review of nine documents that Defendants claim are protected by the attorney-client privilege. See ECF No. 110 at 2. Below is the Court's ruling concerning the nine documents.

      The document beginning with ALN03490, which is a retainer letter, is not privileged. See Allen v. W. Point-Pepperell Inc., 848 F. Supp. 423, 431 (S.D.N.Y. 1994). The retainer letter establishes an attorney client relationship between David Shapiro, ALN, and Mr. Loeb. The other eight documents reviewed *in camera* are e-mail communications sent after Mr. Shapiro was retained to represent Mr. Loeb and ALN jointly in connection with a potential dispute with CourtAlert over Mr. Loeb's resignation and subsequent move to ALN. Although portions of the documents contain privilege communications, there are other portions of the documents that are not privileged because they do not involve an attorney, do not involve information intended to be kept confidential, or do not involve a discussion of legal advice provided by the attorney. For example, the e-mails beginning at ALN02285 are not wholly privileged. Although the top e-mail at ALN02285 from June 10, 2020 at 10:10 a.m. contains one privileged statement that can be

redacted, the remainder of the e-mail chain is not privileged. It does not involve an attorney; it does not disclose communications or legal advice from an attorney.

The following communications are identified by the first bates number in the range for each document provided for *in camera* review.

- ALN02350 – the last email in the chain between Mr. Loeb and Yaniv Schiller is not privileged. This e-mail appears in the other documents referenced herein and should be produced (unredacted) in those other documents as well as in this e-mail chain. The remainder of the e-mail communications in this document should be redacted.

- ALN02289, ALN02342, ALN02358 – all of the communications in the e-mail chain can be redacted except for the e-mail from Mr. Loeb to Yaniv Schiller.

- ALN05951 – all of the e-mails in this chain are privileged.

- ALN02292 – the e-mail in this document is not privileged and should be produced.

- ALN03600 – this document is not privileged and should be produced.

This order resolves the dispute at ECF No. 99.

**SO ORDERED.**

DATED:    New York, New York
          May 23, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge