**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated:** 6/17/25

The extension requested herein is GRANTED. This resolves the motion at ECF No. 194.

June 16, 2025

**Via ECF**

The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 17A
New York, NY 10007

Re: *CourtAlert.com, Inc., v. American LegalNet, Inc.*, No. 1:20-cv-7739-VSB

Dear Judge Figueredo:

The parties jointly write to request that the Court extend the time for them to file a joint letter regarding discovery disputes from June 20, 2025 (as ordered in ECF Dkt. No. 185) to June 27, 2025, as the parties are in the process of scheduling a mediation and are also working to resolve some of the open discovery issues.

We thank the Court for its consideration.

Respectfully,

| | |
|---|---|
| /s/ Jason Cyrulnik | /s/ Efrem Schwalb |
| Jason Cyrulnik | Efrem Schwalb |
| Paul Fattaruso | Tal Benschar |
| Adina Levine | Steven Weg |
| CYRULNIK FATTARUSO LLP | KOFFSKY SCHWALB LLC |
| *Counsel for Plaintiff* | *Counsel for Defendants* |