**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

COURTALERT.COM, INC.,

                        Plaintiff,            **20-CV-07739 (VSB) (VF)**

            -against-                         **ORDER**

AMERICAN LEGALNET, INC. ET AL.,

                        Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to file a joint status update informing the Court on the progress of mediation within 10 days of the final mediation session.

      **SO ORDERED.**

DATED:    New York, New York
                 June 23, 2025

                                                                          VALERIE FIGUEREDO
                                                                         United States Magistrate Judge