June 24, 2025

**Via ECF**

The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 17A
New York, NY 10007

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated:** 6/25/2025

The extension requested herein is GRANTED. This resolves the motion at ECF No. 197.

Re: *CourtAlert.com, Inc., v. American LegalNet, Inc.*, No. 1:20-cv-7739-VSB

Dear Judge Figueredo:

The parties jointly write to request that the Court extend the time for them to file a joint letter regarding discovery disputes from June 27, 2025 (as ordered in ECF Dkt. No. 195) to July 7, 2025, as the parties are in the process of confirming a mediation for July 1, 2024 and are also working to resolve some of the open discovery issues.

We thank the Court for its consideration.

Respectfully,

  /s/ Jason Cyrulnik                                 /s/ Efrem Schwalb
Jason Cyrulnik                                        Efrem Schwalb
Paul Fattaruso                                       Tal Benschar
Adina Levine                                           Steven Weg
CYRULNIK FATTARUSO LLP            KOFFSKY SCHWALB LLC
*Counsel for Plaintiff*                             *Counsel for Defendants*