**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

COURTALERT.COM, INC.,

                           Plaintiff,                    **20-CV-07739 (VSB) (VF)**

            -against-                                                    **ORDER**

AMERICAN LEGALNET, INC. et al.,

                        Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to file a joint status update by **August 29, 2025**.

      **SO ORDERED.**

DATED:      New York, New York
              July 30, 2025

                                       _____
                                       VALERIE FIGUEREDO
                                       United States Magistrate Judge