UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

COURTALERT.COM, INC.,

                              Plaintiff,                 **20-CV-07739 (VSB) (VF)**

           -against-                           **ORDER**

AMERICAN LEGALNET, INC. et al.,

                             Defendants.
----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties were directed to file a joint status update on September 23, 2025. See ECF No. 203. No update was filed. The parties are directed to file a joint status update by **October 31, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
                September 30, 2025

                                                  _____
                                                  VALERIE FIGUEREDO
                                                  United States Magistrate Judge