October 31, 2025

**Via ECF**

The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 17A
New York, NY 10007

      Re: *CourtAlert.com, Inc., v. American LegalNet, Inc.*, No. 1:20-cv-7739-VSB

Dear Judge Figueredo:

We write on behalf of all parties to further update the Court regarding the mediation and settlement of this dispute. Since our last update, the parties have resolved their disagreements regarding the long-form documentation of their settlement and have executed a settlement agreement. Accordingly, the parties anticipate filing a stipulation of discontinuance within ten days after payment obligations are completed.

We thank the Court for its attention to this matter.

Respectfully,

  /s/ Jason Cyrulnik
Jason Cyrulnik
Paul Fattaruso
CYRULNIK FATTARUSO LLP
*Counsel for Plaintiff*